ALICE A. HEATH, *Appellee,* v. THE NORTH AMERICAN
LIFE INSURANCE COMPANY, of Newark, New Jersey,
*Appellant.*

No. 18,191.

Appeal from Smith district court. Opinion filed May
10, 1913. Affirmed.

*L. C. Uhl & Son,* of Smith Center, and *I. M. Earle,*
of Des Moines, Iowa, for the appellant; *E. P. Sample,*
of Osborne, of counsel.

*I. M. Mahin, F. W. Mahin, W. E. Mahin, A. W. Reli-
han,* all of Smith Center, and *J. T. Reed,* of San Diego,
Cal., for the appellee.

*Per Curiam:* This appeal is based on testimony and
rulings similar to those in *Heath v. Life Association,*
ante, p. 634, 132 Pac. 147. The same questions are
raised in this case as in that. Following the decision in
that case, the judgment in this one must be affirmed.